

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716) 204-1700
Fax (716) 204-1702
http://www.GrossPolowy.com/

May 22, 2024

Chambers, Hon. Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:   Doreen Eisler
Case No.  23-43765-nhl
Loan No.  ********4946

Dear Hon. Nancy Hershey Lord,

  Please allow this letter to serve as a written status report, submitted on behalf of Wells Fargo Bank, N.A. (the "Secured Creditor") pursuant to the Eastern District of New York Loss Mitigation Program Procedures.

  As of January 4, 2024 Secured Creditor filed a creditor affidavit requesting a financial package. Debtor's Attorney submitted financials on May 10, 2024 which were forwarded to Secured Creditor for review. A missing documents request was issued on May 20, 2024 and we await submission of the missing documents.

  If there are any questions, please feel free to contact me directly at 347-633-5361.

            Very truly yours,


           By: /s/: Marie Nicholson, Esq.
             Attorney


cc.  ECF and Email
   kzazz007@yahoo.com