

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716) 204-1700
Fax (716) 204-1702
http://www.GrossPolowy.com/

July 18, 2024

Chambers, Hon. Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:         Doreen Eisler
Case No.    23-43765-nhl
Loan No.    ********4946

Dear Hon. Nancy Hershey Lord,

    Please allow this letter to serve as a written status report, submitted on behalf of Wells Fargo Bank, N.A (the "Secured Creditor") pursuant to the Eastern District of New York Loss Mitigation Program Procedures.

    Secured Creditor issued a missing documents due July 13, 2024 request on June 17, 2024 following review of financials received May 30, 2024. The July 13, 2024 deadline has not been met. Secured Creditor awaits submission of the requested documents and reserves the right to request additional information if needed to complete the review.

    If there are any questions, please feel free to contact me directly at 347-633-5361.

Very truly yours,

By:    /s/: Marie Nicholson, Esq.
       Attorney

cc.    ECF and Email
      kzazz007@yahoo.com