

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716) 204-1700
Fax (716) 204-1702
http://www.GrossPolowy.com/

November 25, 2024

Chambers, Hon. Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:         Doreen Eisler
Case No.    23-43765-nhl
Loan No.    ********4946

Dear Judge Lord,

    Please allow this letter to serve as a written status report, submitted on behalf of Wells Fargo Bank, N.A. (the "Secured Creditor") pursuant to the Eastern District of New York Loss Mitigation Program Procedures.

    At the last conference the Court asked that the servicer review the Debtor with consideration of rental income. The servicer reviewed the file and determined that even with the inclusion of the rental income, the debtor cannot afford the modified payment.

    The servicer conducted a mock review using the total income in the amount of $3,654.00:

Food stamp $1,532.00 x 125% = $1,915.00 (nontaxable source of income therefore grossed up)
Contributor's income: $1,112.50
Mock rental income: $835.00 x 75% = $626.25

    Even with this increase in income, the resulting housing to income ratio was 40.899%, with a deferred balance of $593,515.69, which would not be considered affordable. As an affordable payment could not be reached we are respectfully requesting termination of the loss mitigation period.

    If there are any questions, please feel free to contact me directly at 716-204-1762

Very truly yours,

/s/ Ehret Van Horn

By:    Ehret Anne Van Horn, Esq.
       Attorney

cc.    ECF and Email
       kzazz007@yahoo.com